# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SHANNA C. STARNES, on behalf of J.S. Starnes, a minor | : : : | Case No. 3:15cv00427 |
| | : | District Judge Thomas M. Rose |
| Plaintiff, | : : | Chief Magistrate Judge Sharon L. Ovington |
| vs. | : : | |
| CAROLYN W. COLVIN, Commissioner of the Social Security Administration, | : : : : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. 7), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.  Accordingly, it is **ORDERED** that:

1. The Report and Recommendations filed on June 9, 2016 (Doc. 7) is **ADOPTED** in full;

2. Plaintiff's Complaint is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b); and

3. The case is **TERMINATED** on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, June 29, 2016.

                                        s/Thomas M. Rose
                                        _____
                                        THOMAS M. ROSE
                                        UNITED STATES DISTRICT JUDGE